# EXHIBIT B



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## SANDERS MARKETS - FRANKLIN

**MAILING ADDRESS:**

Sanders Markets - Franklin
1015 Buffalo Street
Franklin, PA 16323

**PHONE NUMBER:**

814 437 8436



**IMAGE:**
BeefChuckSteakBnlsGrlMrk001
**COPYRIGHT REGISTRATION NUMBER:**
VA0002009665



Contact: licensing@adlife.com

May 17, 2019



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## SANDER'S MARKETS - CORRY

**MAILING ADDRESS:**

Sander's Markets - Corry
826 North Center St.
Corry, PA 16407

**PHONE NUMBER:**

814 664 4300



**IMAGE:**
Blueberry003_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002047017



Contact: licensing@adlife.com

May 24, 2019



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## SANDERS MARKETS - FRANKLIN

**MAILING ADDRESS:**

Sanders Markets - Franklin
1015 Buffalo Street
Franklin, PA 16323

**PHONE NUMBER:**

814 437 8436



**IMAGE:**
Blueberry003_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002047017



Contact: licensing@adlife.com

May 24, 2019



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## SANDER'S MARKETS - NORTHEAST

**MAILING ADDRESS:**

Sander's Markets - Northeast
109 W Main St
North East, PA 16428

**PHONE NUMBER:**

814 725 8697



**IMAGE:**
Blueberry003_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002047017



Contact: licensing@adlife.com

May 24, 2019



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## SANDER'S MARKETS - PARKVIEW

**MAILING ADDRESS:**

Sander's Markets - Parkview
545 Broad Street
Salamanca, NY 14779

**PHONE NUMBER:**

716 945 2731



**IMAGE:**
Blueberry003_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002047017



Contact: licensing@adlife.com

May 24, 2019



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## SANDER'S MARKETS - CORRY

**MAILING ADDRESS:**

Sander's Markets - Corry
826 North Center St.
Corry, PA 16407

**PHONE NUMBER:**

814 664 4300



**IMAGE:**
Blueberry003_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002047017



Contact: licensing@adlife.com

May 31, 2019



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## SANDERS MARKETS - FRANKLIN

**MAILING ADDRESS:**

Sanders Markets - Franklin
1015 Buffalo Street
Franklin, PA 16323

**PHONE NUMBER:**

814 437 8436



**IMAGE:**
Blueberry003_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002047017



Contact: licensing@adlife.com

May 31, 2019



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## SANDER'S MARKETS - NORTHEAST

**MAILING ADDRESS:**

Sander's Markets - Northeast
109 W Main St
North East, PA 16428

**PHONE NUMBER:**

814 725 8697



**IMAGE:**
Blueberry003_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002047017



Contact: licensing@adlife.com

May 31, 2019



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## SANDER'S MARKETS - PARKVIEW

**MAILING ADDRESS:**

Sander's Markets - Parkview
545 Broad Street
Salamanca, NY 14779

**PHONE NUMBER:**

716 945 2731



**IMAGE:**
Blueberry003_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002047017



Contact: licensing@adlife.com

May 31, 2019



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## SANDERS MARKETS - FRANKLIN

**MAILING ADDRESS:**

Sanders Markets - Franklin
1015 Buffalo Street
Franklin, PA 16323

**PHONE NUMBER:**

814 437 8436



**IMAGE:**
ChickenLeg019_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002046591



Contact: licensing@adlife.com

May 10, 2019



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## SANDER'S MARKETS - CORRY

**MAILING ADDRESS:**

Sander's Markets - Corry
826 North Center St.
Corry, PA 16407

**PHONE NUMBER:**

814 664 4300



**IMAGE:**
ChickenLeg019_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002046591



Contact: licensing@adlife.com

May 17, 2019



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## SANDER'S MARKETS - NORTHEAST

**MAILING ADDRESS:**

Sander's Markets - Northeast
109 W Main St
North East, PA 16428

**PHONE NUMBER:**

814 725 8697



**IMAGE:**
ChickenLeg019_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002046591



Contact: licensing@adlife.com

May 17, 2019



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## SANDER'S MARKETS - PARKVIEW

**MAILING ADDRESS:**

Sander's Markets - Parkview
545 Broad Street
Salamanca, NY 14779

**PHONE NUMBER:**

716 945 2731



**IMAGE:**
ChickenLeg019_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002046591



Contact: licensing@adlife.com

May 17, 2019



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## SANDERS MARKETS - FRANKLIN

**MAILING ADDRESS:**

Sanders Markets - Franklin
1015 Buffalo Street
Franklin, PA 16323

**PHONE NUMBER:**

814 437 8436



**IMAGE:**
PorkSausageItalianRope001_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002046789



Contact: licensing@adlife.com

March 22, 2019